| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

COREY SCOTT, §
　　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　　§
versus § CIVIL ACTION NO. 1:24-CV-3
　　　　　　　　　　　　　　§
TALANTBEK MAMBETKAZIEV, §
　　　　　　　　　　　　　　§
　　　　Defendant. §

## ORDER OF DISMISSAL

In accordance with Plaintiff Corey Scott's Notice of Voluntary Dismissal (#3), this action is dismissed in its entirety, without prejudice. Each party shall bear its own costs of court and attorneys' fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 9th day of January, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE